UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLLYNE GALANSKI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WAL-MART ASSOCIATES, INC.<br><br>　　　　　Defendant. | Case No. 1:23-cv-01270-JLT-CDB<br><br>ORDER ON JOINT STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT<br><br>(Doc. 18) |

　　　　On April 25, 2023, Plaintiff Carollyne Galanski ("Plaintiff") filed a complaint against Defendant Wal-Mart Associates, Inc. ("Defendant") in Kern County Superior Court. (Doc. 1). On July 6, 2023, Plaintiff filed a first amended complaint. *Id*. Defendant removed the action to this Court on August 24, 2023. *Id*. On October 2, 2023, Plaintiff filed a second amended complaint against Defendant. (Doc. 17). Pending before the Court is the parties' joint stipulation to extend time to respond to Plaintiff's second amended complaint. (Doc. 18).

　　　　Based on the parties' representations in the stipulation and for good cause shown, IT IS HEREBY ORDERED that Defendant shall have until November 1, 2023, to respond to the Second Amended Complaint.

IT IS SO ORDERED.

　　Dated:　**October 20, 2023**　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE