UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLLYNE GALANSKI,<br><br>   Plaintiff,<br><br>   v.<br><br>WAL-MART ASSOCIATES, INC.<br><br>   Defendant. | Case No. 1:23-cv-01270-JLT-CDB<br><br>ORDER ON SECOND STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT<br><br>(Doc. 20)<br><br>ORDER RESETTING SCHEDULING CONFERENCE |

On April 25, 2023, Plaintiff Carollyne Galanski ("Plaintiff") filed a complaint against Defendant Wal-Mart Associates, Inc. ("Defendant") in Kern County Superior Court. (Doc. 1). On July 6, 2023, Plaintiff filed a first amended complaint. *Id.* Defendant removed the action to this Court on August 24, 2023. *Id.*

Following removal, on October 2, 2023, Plaintiff filed a second amended complaint. (Doc. 17). On October 20, 2023, the Court extended on the parties' stipulation Defendant's time to respond to the second amended complaint to November 1, 2023. (Doc. 19).

Pending before the Court is the parties' second joint stipulation to extend Defendant's time to respond to Plaintiff's second amended complaint by two weeks. (Doc. 20). In their stipulation, the parties represent such extension is warranted to narrow any issues related to Defendant's contemplated motions to dismiss and to strike and to determine whether consolidation is necessary. *Id.* at 1.

Based on the parties' representations in the stipulation and for good cause shown, IT IS HEREBY ORDERED that Defendant shall have until November 15, 2023, to respond to the second amended complaint.

IT IS FURTHER ORDERED, in order to permit the pleadings to settle and facilitate the parties' preparations for and filing of a joint report in advance of the scheduling conference (*see* Doc. 6), the scheduling conference is reset for December 15, 2023, at 10:00AM.

IT IS SO ORDERED.

Dated:   **November 1, 2023**

UNITED STATES MAGISTRATE JUDGE