# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLLYNE GALANSKI,<br><br>    Plaintiff,<br><br>    v.<br><br>WAL-MART ASSOCIATES, INC., et al.,<br><br>    Defendants. | Case No.: 1:23-cv-01270 JLT CDB<br><br>ORDER APPROVING THE JOINT STIPULATION AND REMANDING THE ACTION TO KERN COUNTY SUPERIOR COURT<br><br>(Doc. 45) |

   Carollyne Galanski initiated this action against Wal-Mart Associates, Inc. by filing a complaint in Kern County Superior Court, Case No. BCV-23-101279.  On January 22, 2025, the parties filed a joint stipulation to remand the matter to Kern County Superior Court.  (Doc. 45 at 3.)  In addition, the parties agree: "each party [is] to bear its own fees and costs with respect to the removal and subsequent remand."  (*Id.*)  Based upon the stipulation and good cause appearing, the Court **ORDERS**:

   1.   The Joint Stipulation to Remand Case to State Court (Doc. 45) is **APPROVED**.
   2.   The action is **REMANDED** to Kern County Superior Court.
   3.   Each party **SHALL** bear its own fees and costs with respect to the removal and subsequent remand.

///
///
///

4. The Clerk of Court shall mail a certified copy of this order to Kern County Superior Court.

IT IS SO ORDERED.

Dated:  **January 23, 2025**

UNITED STATES DISTRICT JUDGE